UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.: 8:19-02318 MCS (ADSx)    Date: May 05, 2021

Title: *Florentina Pelayo v. City of Anaheim, et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | Zoom |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):
Jerry L. Steering
Gregory P. Peacock

Attorney(s) Present for Respondent(s):
Moses W. Johnson, IV

**Proceedings:**      SETTLEMENT CONFERENCE

Case is called for a settlement conference. Appearances entered on the record. Settlement discussions are held off the record.

Settlement is reached subject to City Council approval and placed on the record. Parties shall file a Notice of Settlement within thirty (30) days.

                                                                                     6:15
Initials of Preparer      kh